IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SHAYLYNN REID, | CV 22–176–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| STATE OF MONTANA, ET AL., | |
| Defendants. | |

Plaintiff Shaylynn Reid, having not filed an amended complaint within 21 days as directed by this Court's Order dated April 25, 2024, (Doc. 8),

IT IS ORDERED that the above-captioned cause is DISMISSED WITH PREJUDICE. The Clerk is directed to dismiss this action for failure to prosecute. *See* Fed. R. Civ. P. 41(b).

DATED this 4th day of June, 2024.

_____
Donald W. Molloy, District Judge
United States District Court